IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
FILE NO. 5:12CV201-RLV

IN RE:
MAUDIE LAIL MEYERS            )
                  Debtor.     )
                              )
HUGH WALLACE,                 )
                  Appellant,  )
    vs.                       )
                              )
UNION CENTRAL LIFE INSURANCE  )
COMPANY and BARRETT L. CRAWFORD )
In His Capacity as Chapter 7 Trustee, )
                  Appellees.  )

## ORDER GRANTING CONSENT MOTION TO STAY PROCEEDINGS

This cause came on to be heard before the Honorable Richard L. Voorhees on the parties' joint request to stay all deadlines imposed by Bankruptcy Rule 8009 for ninety (90) days. Having considered the parties' request, the Court finds that there is good cause to allow the motion.

**THEREFORE**, it is hereby **ORDERED, ADJUDGED AND DECREED** that the stay all deadlines imposed by Bankruptcy Rule 8009 shall be stayed until June 26, 2013.

Signed: April 9, 2013

Richard L. Voorhees
United States District Judge