# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# FILE NO. 5:12CV201-RLV

IN RE:
MAUDIE LAIL MEYERS,  )
         Debtor, )
          )
HUGH WALLACE, )
         Appellant, )
          )
         vs. )
          )
UNION CENTRAL LIFE )
INSURANCE COMPANY and )
BARRETT L. CRAWFORD, In His )
Capacity as Chapter 7 Trustee, )
         Appellees. )
_____ )

## SECOND ORDER GRANTING CONSENT MOTION TO STAY PROCEEDINGS

This cause is before the Court upon the parties joint request that all deadlines imposed by Bankruptcy Rule 8009 be stayed for <u>an additional forty-five (45) days</u>. (Doc.) In its April 9, 2013 Order, the Court permitted a stay through June 26, 2013. (Doc. 4)

The parties now represent that they are engaged in good faith settlement discussions and that these efforts have a "reasonable likelihood" of resolving the instant appeal. (Motion 1) Having considered the parties' request, the Court finds that good cause exist to allow the motion.

**THEREFORE,** it is hereby ORDERED that the Consent Motion is GRANTED. Accordingly, the stay of Rule 8009 deadlines will remain in effect through Monday, August 12, 2013.

Signed: June 13, 2013

Richard L. Voorhees
United States District Judge