**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**FILE NO. 5:12CV201-RLV**

| | | |
|---|---|---|
| **IN RE:** | | |
| **MAUDIE LAIL MEYERS** | ) | **Bankruptcy Case No.: 10-50090** |
| **Debtor.** | ) | **Adversary Proceeding No.: 11-5040** |
| | ) | |
| **HUGH WALLACE,** | ) | |
| **Appellant,** | ) | |
| **vs.** | ) | |
| | ) | |
| **UNION CENTRAL LIFE INSURANCE** | ) | |
| **COMPANY and BARRETT L. CRAWFORD** | ) | |
| **In His Capacity as Chapter 7 Trustee,** | ) | |
| **Appellees.** | ) | |

This cause is before the Court upon the filing of a document entitled, "Notice Of Dismissal," by Appellant Hugh Wallace ("Wallace"). (Doc. 8). The Notice, although dated October 24, 2013, was filed in this District Court on November 5, 2013, and represents that Appellant Wallace, through counsel, intends to withdraw his Notice of Appeal from the Bankruptcy Court pursuant to 28 U.S.C. § 158(a) and seek dismissal *with prejudice*. *Id.* In fact, this matter has been stayed since April 9, 2013 at the request of the parties in order to facilitate settlement.

**IT IS THEREFORE ORDERED** that the instant Appeal from the Bankruptcy Court relevant to the above-referenced actions is hereby **DISMISSED**.

Signed: November 6, 2013

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge